AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE GARCIA-SOTO | CASE NUMBER: 08 CR 1986-W |

I, <u>JOSE GARCIA-SOTO</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)~~, RH2 J.G.S GVM

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/17/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Garcia Soto
Defendant

Counsel for Defendant

Before _____
Judicial Officer

FILED
JUN 17 2008