| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | SABRINA L. FEVE |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 226590 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7854 / (619) 235-2757 (Fax) |
|   | Email: Sabrina.Feve@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1986-W |
|    |                           | ) | |
| 11 |              Plaintiff,   | ) | |
|    |                           | ) | NOTICE OF APPEARANCE |
| 12 |      v.                   | ) | |
|    |                           | ) | |
| 13 | JOSE GARCIA-SOTO,         | ) | |
|    |                           | ) | |
| 14 |              Defendant.   | ) | |
|    |                           | ) | |

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24       <u>Name</u> (If none, enter "None" below)

25       None.

26   //

27   //

28   //

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  Name (If none, enter "None" below)

6  1.  Caleb E. Mason, Assistant U.S. Attorney.

7  Please call me if you have any questions about this notice.

8  DATED: August 19, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Sabrina L. Feve*
SABRINA L. FEVE
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Sabrina.Feve@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1986-W |
| Plaintiff, | |
| v. | |
| JOSE GARCIA-SOTO, | CERTIFICATE OF SERVICE |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

     I, SABRINA L. FEVE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1.    Robert H. Rexrode, III, Esq.

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

     N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on August 19, 2008.

                                              s/ *Sabrina L. Feve*
                                              SABRINA L. FEVE